FILED

12/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

ANDERSON & VOYICH
Attorneys at Law, P.L.L.C.
104 East Callender, Suites 2 & 3
P.O. Box 1409
Livingston, Montana 59047-1409
(406) 222-9626
office@andersonandvoyich.com

JIM LIPPERT ATTORNEY AT LAW, P.C.
P.O. Box 1636
Big Timber, MT 59011-1636
(406) 932-5410
jimlippertlaw@itstriangle.com

*Attorneys for Appellant, Catlin Ranch, LP*

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0426

---

FLYING T RANCH, LLC, a Montana
limited liability company,

      Plaintiff and Appellee       **ORDER EXTENDING DEADLINE**
         v.

CATLIN RANCH, LP, a Montana
limited partnership
      Defendant and Appellant

MEAGHER COUNTY BY & THROUGH
ITS COMMISSION, SCOTT JACKSON,
LYNN JACKSON, DEBRA WILLIAMS,
LISA ANDERSON, BERT WILLIAMS &
CONNIE HIX
      Defendants

---

CATLIN RANCH, LP, a Montana limited partnership,

       Cross-Claimant and Appellant,

    v.

DEBRA WILLIAMS, LISA ANDERSON, BERT WILLIAMS
and CONNIE HIX,

       Cross-claim Defendants and Appellees.

_____

     BEFORE the Court is Appellant Catlin Ranch, LP's Unopposed Motion to Extend Deadline for Filing Appellant's Opening Brief. For good cause shown thereby and there being no objection from any other party to this matter, it is hereby ORDERED:

     The deadline for Appellant Catlin Ranch, LP's opening brief is hereby extended from December 10, 2021 to February 10, 2022.

     DATED this ___day of December, 2021.

     _____
     Hon. Chief Justice Mike McGrath


**.cc:**
Matthew W. Williams
Brian Gallik
Hanna Warhank
Rachel Ann Taylor
Susan Brooks Swimley
Vuko Voyich
Jim Lippert

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2021